No. 4223.—Pueblo, apldo., *v.* Hernández, aplte.—C. D. Aguadilla. Diciembre 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, en esta apelación de Jesús Hernández Nieves se alega para que revoquemos la sentencia condenatoria dictada contra él que la acusación no le imputa el delito de falsa representación e impostura por el que ha sido condenado y que la sentencia es contraria a la prueba;

Por cuanto, no existe el primero de dichos errores porque en la acusación se alega que el perjudicado entregó a Emilio Nieves quince rollos de tabaco hilado valorados en $240 debido a las falsas representaciones que le hizo Hernández de ser Nieves persona de gran posición económica, de ser

solvente, de que su firma podía ser aceptada como buena y de que era portador de un cheque a su favor de $800;

Por cuanto, tampoco existe el otro error alegado porque la prueba del fiscal, que fué creída por el tribunal inferior, es suficiente para justificar la sentencia,

Por tanto, no es sostenible el recurso interpuesto por Hernández y confirmamos la sentencia por él apelada.